Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.               ) | Criminal No. 1:05-10100-NMG |
| ) | |
| VLADIMIR P. SHURLAN, MD ) | |

## WAIVER OF INDICTMENT

I, **VLADIMIR P. SHURLAN, MD**, the above-named defendant, who is accused of, between August 10, 2000, and January 23, 2003, executing a scheme and artifice to defraud various health care benefit programs, including Medicare, by means of materially false or fraudulent pretenses, representations and promises in connection with the delivery of and payment for health care benefits, items, or services in violation of 18 U.S.C. 1347, being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on May 13, 2005, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer
5/13/05