UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 OCT 31 A 10 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                          )<br>)<br>VLADIMIR SHURLAN,              )<br>    Defendant.                         )<br>                                          ) | DOCKET NO.: 05-10100-01 |

### REQUEST FOR ORAL ARGUMENT

Defendant Vladimir Shurlan ("Defendant") respectfully moves this Honorable Court, for an oral argument with respect to Defendant's Motion for the Early Termination of Supervised Probation and Permission to Travel Out of the United States.

Valdimir Shurlan, Defendant,

By his attorneys,

_____
James M. Caramanica
BBO No. 565882
Carleen & Caramanica, P.C.
92 Montvale Avenue, Suite 4170
Stoneham, MA 02180
(781) 438-4600 ext. 202

Dated: October 30, 2006

### CERTIFICATE OF SERVICE

I, James M. Caramanica, certify that on October 30, 2006, a true copy of the foregoing was served upon Lisa Paiva, United States Probation Office, William Coastguard Building, 408 Atlantic Avenue, Boston, MA 02110, and James E. Arnold, Esq., Assistant United States Attorney, U.S. Dept. of Justice, 1003 J.W. McCormack Bldg P.O. & Courthouse Boston, MA 02109, via first class mail.

_____
James M. Caramanica